IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-30067-NJR |
| | ) | |
| PAUL L. JANSEN, | ) | Title 18, United States Code, |
| | ) | Section 2422(b). |
| Defendant. | ) | |

**FILED**

## INDICTMENT

**THE GRAND JURY CHARGES:**

**JUN 2 4 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE
East St. Louis (mar)

### COUNT 1

#### ATTEMPTED ENTICEMENT OF A MINOR

From on or about October 27, 2017, until on or about November 3, 2017, in Clinton County, within the Southern District of Illinois, and elsewhere,

**PAUL L. JANSEN,**

defendant herein, did knowingly use a facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person could be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

#### ENTICEMENT OF A MINOR

From on or about October 22, 2018, until on or about November 25, 2018, in St. Clair County and Clinton County, within the Southern District of Illinois, and elsewhere,

1

**PAUL L. JANSEN,**

defendant herein, did knowingly use a facility of interstate and foreign commerce, to knowingly

persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to

engage in a sexual activity for which a person could be charged with a criminal offense, that is,

Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title

18, United States Code, Section 2422(b).

**A TRUE BILL**



Angela Scott

ANGELA SCOTT
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention

2