IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-30067-NJR |
| | ) | |
| PAUL L. JANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ADVISORY GUIDELINE RANGE

**Count 1:** To sustain the charge of Attempted Enticement of a Minor, as charged in Count 1 of the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

FIRST: the defendant knowingly used a facility or means of interstate commerce to attempt to persuade, induce, entice or coerce an individual under the age of 18 to engage in sexual activity;

SECOND: the defendant believed that such individual was less than 18 years of age; and

THIRD: the defendant could have been charged with a criminal offense for engaging in the specified sexual activity.

**Count 2:** To sustain the charge of Enticement of a Minor, as charged in Count 2 of the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

FIRST: the defendant knowingly used a facility or means of interstate commerce to persuade, induce, entice or coerce an individual under the age of 18 to engage in sexual activity;

SECOND: the defendant believed that such individual was less than 18 years of age; and

THIRD: the defendant could have been charged with a criminal offense for engaging in the specified sexual activity.

## PENALTIES

**Counts 1 and 2:** A term of imprisonment of not less than 10 years up to life, a fine up to $250,000, supervised release of 5 years to life, and a $100 special assessment as to each count.

**Sex Offense Mandatory Registration.** Defendant understands that by pleading guilty, defendant will be required to register as a sex offender upon release from prison as a condition of supervised release pursuant to 18 U.S.C. §3583(d). Defendant also understands that independent of supervised release, Defendant will be subject to federal and state sex offender registration requirements, and that those requirements may apply throughout Defendant's life. The Defendant understands that Defendant shall keep Defendant's registration current, shall notify the state sex offender registration agency or agencies of any changes to Defendant's name, place of residence, employment, or student status, or other relevant information. Defendant understands that Defendant will be subject to possible federal and state penalties for failure to comply with any such sex offender registration requirements.

### Government's Position on the Advisory Guideline Range

The Government anticipates that the base offense level in this case will be 28 pursuant to § 2G1.3(a)(3). The Government further anticipates that the following specific offense characteristics will apply: (1) the offense involved the commission of a sex act or sexual contact, thus the defendant's base offense level should be

increased two (2) levels, pursuant to § 2G1.3(b)(4)(A); (2) the defendant knew that E.H. was a vulnerable victim, thus the defendant's base offense level should be increased two (2) levels, pursuant to § 3A1.1(b)(1); and (3) the defendant engaged in a pattern of activity involving prohibited sexual conduct, thus the defendant's base offense level should be increased five (5) levels, pursuant to § 4B1.5(b)(1); which equates to an adjusted offense level of thirty-seven (37).

The Government anticipates that, because the defendant entered a timely plea, he will receive a three-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of thirty-four (34). A preliminary examination of the defendant's criminal history shows a total of 0 points, which would place him in a Category I. An offense level 34, Criminal History Category I, equates with an advisory guideline range of 151-188 months and a fine range of $35,000 to $350,000.

        Respectfully submitted,

        STEVEN D. WEINHOEFT
        United States Attorney

        s/*Angela Scott*
        ANGELA SCOTT
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        (618) 628-3700 (office)
        (618) 628-3730 (fax)
        E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-30067-NJR |
| | ) | |
| PAUL L. JANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Anticipated Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Benedict Song, Esq.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov