IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-30067-NJR |
| | ) | |
| PAUL L. JANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. From on or about October 27, 2017, until on or about November 3, 2017, the defendant, by using facilities of interstate commerce, that is, a cell phone and the internet, attempted to persuade, induce, entice, and coerce S.G., an individual the defendant knew was under the age of 18, to engage in sexual activity for which the defendant could have been charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse, in violation of 720 ILCS 5/11-1.60(d). These conversations occurred over Facebook Messenger and led to a face-to-face meeting at the public library in Carlyle, Illinois, within the Southern District of Illinois. S.G., who was accompanied by her little brother, also accompanied Jansen to a Pizza Hut. No sexual contact occurred at these locations. In the texts leading up to the meeting, Jansen, who resided in Clinton County, Illinois, within the Southern District of Illinois, and was 22 at the time, sent S.G., who also resided in Clinton County, Illinois,

within the Southern District of Illinois, and who was 14 at the time, messages suggesting that some type of sexual contact occur between the two, including one reference to her performing oral sex on him. Jansen, therefore, attempted to entice S.G. into sexual activity using a facility of interstate commerce.

2. From on or about October 22, 2018, until on or about November 25, 2018, the defendant, by using facilities of interstate commerce, that is, a cell phone and the internet, persuaded, induced, enticed, and coerced E.H., an individual the defendant knew was under the age of 18 and a vulnerable victim, to engage in sexual activity for which the defendant could have been charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse, in violation of 720 ILCS 5/11-1.60(d). The conversations began over Snapchat and Instagram and led to several secret face-to-face meetings in a parking lot of a high school near E.H.'s home in St. Clair County, Illinois, within the Southern District of Illinois. During these meetings, Jansen, who was 23 at the time, and E.H., who was 14 at the time, would engage in sexual activity. In the texts leading up to the meetings, Jansen, who resided in Clinton County, Illinois, within the Southern District of Illinois, sent E.H., who resided in St. Clair County, Illinois, within the Southern District of Illinois, messages suggesting the type of sexual contact that could occur between the two, including one reference to her performing oral sex on him.

3. In a March 21, 2019, child advocacy center interview, E.H. confirmed the meetings. She said they would set them up through Snapchat. She also described the various sexual contact that occurred between the two.

4. On March 26, 2019, in an interview with law enforcement, Jansen admitted knowing E.H.'s age and that her parents probably would not have allowed her to go out with him because of the age difference between them. Jansen also admitted that he engaged in various sexual acts with E.H. despite knowing her age and that he had suggested she perform oral sex on him over Snapchat that she later refused to do in person. In addition, Jansen stated that he knew they could "get in a lot of trouble" if people found out about them.

5. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

_____  
PAUL L. JANSEN  
Defendant  

_____  
BENEDICT SONG  
Attorney for Defendant  

Date: 09/20/21

_____  
ANGELA SCOTT  
Assistant United States Attorney  
Digitally signed by ANGELA SCOTT  
Date: 2021.09.28 13:54:02 -05'00'

Date: 9/27/21

3