

# Clinton Co, IL
## Clinton Co Sheriff
## Case Report

**Case #:** 2019-002916   **Date:** 04/08/2019 **Time:** 09:23

**Event:**   **Status:** CASE CLOSED **Disposition:** ONGOING
 **Code:** 1565 **Description** SEX OFFENSES:INDECENT SOLICITATION OF A CHILD
 **Code:** 1585 **Description** SEX OFFENSES:ALL OTHERS
 **Code:** 1504 **Description** SEX OFFENSES:SOLICITATION OF SEXUAL ACT
 **Case Officer:** 158 - TIMMERMANNT
 **Source:** PHONE **Condition:** INFO ONLY **CONFIDENTIAL**
**Location:**
 **Address:** 810, FRANKLIN ST,CARLYLE, IL, 62231
 **Contact:** TIMMERMANN,DETECTIVE TODD **Phone:** 618-594-4555
 **Place Code:** RESIDENCE-COMMON
**Time:**
 **Occurred From:** 04/08/2019 09:23 **To:** 04/08/2019 09:23 **Reported:** 04/08/2019 09:23
**Closing Information:**
 **Disposition:** ONGOING **Response:** CRIMINAL **Status:** PND **False**
 **Alarm:** NA **Date/Time:** 04/08/2019 09:35 **Closed Status:** COMMENT ONLY

**COMPLAINANT:**
 **Name:** TIMMERMANN, DETECTIVE TODD
 **Address:** 810, FRANKLIN ST,CARLYLE, IL, 62231
 **Phones:** ███-594-4555
 **Details: Sex:** M

**VICTIM:**
 **Name:** M███████ S███████ ANN
 **Address:** ███████████████████, CARLYLE, IL, 62231
 **Details: Sex:** F **DOB:** ██/██/2003 **Age:** 16 **Juvenile** **Height:** 5' 3" **Weight:** 125 lbs **Hair Color:** BRO **Eye Color Left:** HAZ **Right:**
 **Identifiers: DL:** ███████████ **ST:** IL

**VICTIM:**
 **Name:** KRETZER, ALYSSA RENAE

**Address:** ▉▉▉▉▉▉▉▉▉▉▉▉ NASHVILLE, 62263
**Details: Sex:** F **DOB:** ▉▉▉▉▉▉5 **Age:** 23 **Height:** 5' 5" **Weight:** 130 lbs **Hair Color:** BRO **Eye Color Left:** GRN **Right:** ▉▉▉▉▉▉
**Identifiers: DL:** ▉▉▉▉▉▉▉▉ **ST:** IL

**WITNESS:**
**Name:** P▉▉▉▉, E▉▉▉▉▉
**Address:** ▉▉▉▉▉▉▉▉▉▉▉▉, BREESE, IL, 62230
**Phones:** ▉▉▉▉▉▉▉▉
**Details: Sex:** F **Race:** W **DOB:** ▉▉/▉▉/2003 **Age:** 16 **Juvenile** **Hair Color:** AUBURN

**SUSPECT:**
**Name:** JANSEN, PAUL L
**Address:** 224, E MAIN, DAMIANSVILLE, 62215
**Phones:** 618-623-8035
**Details: Sex:** M **DOB:** 06/29/1995 **Age:** 23 **Height:** 5' 11" **Weight:** 165 lbs **Hair Color:** BLK **Hair Style:** BRUSH CUT **Eye Color Left:** BRO **Right:** BROWN
**Identifiers: DL:** J525-6929-5184

**VICTIM:**
**Name:** B▉▉▉▉▉, G▉▉▉

**CITED, OWNER:**
**Name:** UNKNOWN
**Charge -** On: 11/04/2019 22:51  Offense: 625 ILCS 5/11-601(b) ~ DRIVING 15-20 MPH ABOVE LIMIT  Reference: 0000004103

---

**INVOLVED:**
**LIC:** BD43954 **ST:** IL **Year:** 2020 **VIN:** 1FADP3K23EL265262
**Make/Model: Type:** 052 **Make:** FORD **Model:** FOCUS **Year:** 2014 **Color:** BLACK

---

| | | Evidence Items |
|---|---|---|
| Item TAG | Property Type / Log Date,Time,Badge | Details |
| 1 | DVD | Location: ER  Shelf/Cabinet: FD2<br>Description: EX 1 DVD COPY OF JAIL CALLS MADE BY PAUL WHILE HELD IN ST CLAIR COUNTY |
| | 06/21/2019 10:27 158 | Type: ENTERED  - ER//FD2/ - From/By: TIMMERMANN |
| 2 | DVD | Location: ER  Shelf/Cabinet: FD2<br>Description: EX 2 DVD CONTAINING FACEBOOK INFO FROM SW |
| | 06/21/2019 10:27 158 | Type: ENTERED  - ER//FD2/ - From/By: TIMMERMANN |

2/3/2020 9:07:11 AM                Exhibit E            000747

| 3 | DVD | Location: ER  Shelf/Cabinet: FD2<br>Description: EX 3 DVD CONTAINING INSTAGRAM INFO OF PAUL JANSEN ACQUIRED BY OFALLON PD |
| --- | --- | --- |
|   | 06/21/2019<br>10:27 158 | Type: ENTERED - ER//FD2/ - From/By: TIMMERMANN |
| 4 | DVD | Location: ER  Shelf/Cabinet: FD2<br>Description: EX 4 DVD CONTAINING SNAPCHAT INFO ACQUIRED BY OFALLON PD VIA SW |
|   | 06/21/2019<br>10:27 158 | Type: ENTERED - ER//FD2/ - From/By: TIMMERMANN |

Attachments:

**OFALLON REPORT REGARDING JAIL CALLS:**
Attached  By:  158 -  TIMMERMANNT  On:  05/02/2019 12:55

**FACEBOOK SW:**
Attached  By:  158 -  TIMMERMANNT  On:  05/03/2019 09:58

---

04/08/2019 09:23 Badge/Name:  203/markuskk
INFORMATION FROM OFALLON PD ON TWO POSSIBLE VICTIMS - CASE IS PENDING

04/11/2019 12:38 Badge/Name:  158/TIMMERMANNT

Preliminary Information

On March 29, 2019 I was contacted by Nick Schmitt, Ofallon Illinois P.D. Nick stated that they are currently investigating Paul Jansen on sex related crimes, and during the course of the investigation, they learned of possible victims from Clinton County. Schmitt identified S███████ M█████ and Alyssa Kretzer as two possible victims that may reside in Clinton County.

Officer's Actions

On 03/30/19 I met with S███████ M█████ and her parents, Dwayne and Cheri M█████ at their residence located on Slate Drive in Carlyle. Upon arrival I introduced myself to the M█████, and explained to them the reason why I was there. I explained to them that Ofallon Police department was investigating Paul Jansen, and we had reason to believe that Paul h=may have been talking to S█████, and possibly soliciting sex from her.

S█████ then provided the following information.

S█████ stated that she is currently a sophmore at Mater Dei, and is 16 years old.

S█████ stated that when she was freshmann, she received a friend request on Facebook from a Paul Jansen.

S▓▓▓▓ stated that she accepted Paul's friend request.

S▓▓▓▓ stated that Paul would send her off the wall messages and would try to generate conversation with her.

S▓▓▓▓ stated that Paul eventually asked her to meet with him at the northside Park in Breese.

S▓▓▓▓ stated that her and her friend, B▓▓▓ P▓▓▓ videotaped B▓▓▓ doing karate moves and sent the video to Paul in an attempt to scare Paul, and so he would leave them alone.

S▓▓▓▓ stated that Paul also friend requested B▓▓▓ also, and that she also accepted his friend request.

S▓▓▓▓ stated that after they sent Paul the video, she continued to be friends with Paul on Facebook.

S▓▓▓▓ stated that Paul eventually messaged her and asked her to meet in person, and asked that if they met, would she "suck his dick".

S▓▓▓▓ stated that after Paul asked for the sexual favor, she blocked him on Facebook.

S▓▓▓▓ stated that she has never met Paul in person, but has seen him at high school sporting events.

S▓▓▓▓ stated that at the recent MD vs Central basketball game, Paul was sitting across from her and her friend's, and was acting odd, so they requested that he be asked to leave the event.

S▓▓▓▓ stated that Paul is a creep, and that she knows that other girls have also been asked to be his friends, and have complained of his behavior.

I explained to the M▓▓▓▓ that I was waiting on information from Ofallon P.D., and that I may need to meet with them again to follow up with somethings.

S▓▓▓▓ tried to retrieve her messages from Facebook, but stated that since she blocked Paul, she was unable to get any of those messages back.

The meeting was terminated, and I departed the residence.

On 3/30/2019 I contacted Shelley Jansen, and B▓▓▓ P▓▓▓. Shelley is B▓▓▓▓.

I explained to them the reason for the call, and B▓▓▓ stated that Paul requested to be her friend, and that her mom made her accept the request, because he may be some family to her new husband.

B▓▓▓ stated that Paul was creepy, and that she was only friends with him for a short time, before she blocked him.

B▇▇▇ confirmed what S▇▇▇ said about how Paul was trying to get them to meet him, and that they did not.

B▇▇▇ stated that S▇▇▇ continued to be friends with Paul for a while, before actually blocking him.

Investigation to continue.

Timmermann 158

### 04/11/2019 12:42 Badge/Name: 158/TIMMERMANNT
Supplemental report

On 4/3/19 at approximately 2:14 P.M., I spoke with Alyssa R Kretzer ▇▇▇. I explained to Alyssa the reason for the call, and she stated that she actually went to college with Paul, and that she had not had any contact with him since college.

Alyssa stated that she recently stopped at Becker's Convienece Store where Paul works, and they had brief conversation. Alyssa stated that after she left the store, he tried to follow her three times on Instagram, and that she blocked him each time.

Alyssa stated that her and Paul had never had any type of meeting or conversation regarding sex.

Investigation to continue.

Timmermann 158

### 05/03/2019 09:58 Badge/Name: 158/TIMMERMANNT
Supplemental Report

On May 3, 2019 at 9:00 A.M., I met with Seth Bauling, and Judge Brandmeyer, at which time I presented Judge Brandmeyer with a search warrant application for Paul Jansen's facebook. Judge Brandmeyer reviewed the dockets, and subsequently signed the documents.

On May3, 2019 at approximately 9:30 A.M., I submitted the Search Warrant to Facebook.

Copy of search warrant will be added to this report.

Investigation to continue.

Timmermann 158

### 05/29/2019 13:54 Badge/Name: 158/TIMMERMANNT
Supplemental Report

On 5/24/19 I received the information from facebook that was requested via search warrant.

Additional information to follow, once I am able to review the information.

Timmermann 158

06/19/2019 09:20 Badge/Name: 158/TIMMERMANNT

Supplemental Report

On 6/18/19 I met with S▇▇▇ M▇▇▇ (J/S), and her mother, Cheri M▇▇▇. I explained to them that I had obtained additional information, and that I needed to follow up with S▇▇▇. Cheri and S▇▇▇ agreed to talk to me, and S▇▇▇ provided the following information:

S▇▇▇ stated that Paul had friend requested her, but she did not immediately accept the request.

S▇▇▇ stated that a few months later, she accepted his request, and that her and Paul began talking on facebook messenger.

S▇▇▇ stated that Paul was aware of her age, and that he knew that she was a freshman in high school at Breese Mater Dei.

S▇▇▇ stated that during the course of the conversation she had with Paul, he asked her to send him pictures.

S▇▇▇ admitted to sending pictures of herself, but denied ever sending any nude pictures.

S▇▇▇ admitted to sending a picture of herself lying on the ground in her bedroom, with her butt facing the camera. (picture attached).

S▇▇▇ stated that Paul may have sent her pictures of himself in just his underwear, but she is not 100 percent sure.

S▇▇▇ stated that Paul was always asking her for pictures.

S▇▇▇ stated that Paul would talk about wanting to meet her, and if they met, how they would kiss, cuddle, and he would "finger her".

S▇▇▇ stated that Paul would ask her if they met, if she would "jerk him" off, and "suck his dick".

S▇▇▇ stated that every time Paul would ask about meeting in person, she would get nervous, and say "no".

S▇▇▇ stated that she never met Paul in person.

S▇▇▇ stated that Paul stated that he was going to climb thru her window so that he could see her, but that he never did.

S▇▇▇ stated that her and Paul talked about her age and his age, and how their age difference was the same as her parents.

S▇▇▇ stated that the last time she was contacted by Paul was approximately 1 month

before he was arrested.

I explained to S_____ and her mother that if I had additional question sin the future, I would be contacting them.

I offered my phone number to S_____, and told her that if there was anything that she needed to tell me, to feel free to contact me at anytime.

I completed the interview.

Investigation to continue.

Timmermann 158

06/19/2019 09:26 Badge/Name:   158/TIMMERMANNT
Supplemental Report

On 6/19/199 I made copies of the following DVD's for the State's Attorney:

Ex. 1 DVD containing jail phone calls made by Paul while he was incarcerated in ST Clair County.

Ex #2 DVD containing info obtain by S/W from Facebook.

Ex #3 DVD containing information obtained from Instagram via S/W by Ofallon PD.

Ex #4 DVD containing information obtained from Snapchat via S/W by Ofallon P.D.

Timmermann 158

06/19/2019 12:10 Badge/Name:   158/TIMMERMANNT

Supplemental Report

While reviewing the information I obtained from Face Book, I recovered the following from the conversation between Paul Jansen and S_____ M_____.

4/23/17 Paul messages S_____ and says "Hey".

4/23/17 S_____ accepts Paul's requests.

3/14/18 Paul says "we can be friends if you want"

3/14/18 Paul asks S_____ where she goes to school.

3/14/18 S_____ says she is a freshman at Breese Mater Dei High School

3/14/18 at 20:36 Paul says " he would rather not tell her how old he is, since she is 14 and "I'm in college".

3/14/18 at 20:38 Paul says he is older than 20.

3/14/ 18 at 20:43 Paul says "Wait u said u were a freshman"

3/14/18 20:51 Paul says "Oh Ic u seem cool only ur like 15 right"

3/14/18 21:01 Paul asks for a recent picture.

3/14/18 at 21:10 Paul says " ya is ur going to turn m eon"

3/14/18 21:15 Paul says "Alright I guess we could go for a walk sometime" and "If u really want to meet me"

3/14/18 21:16 Paul says "I wouldn't mind I'm just worried ur family would find out"

3/14/18 21:17 Paul says " Alright well when can we do this"

3/14/18 21:23 Paul tells S█████ that "oh ya u a naughty girl"

3/14/18 21:25 Paul says " Ya not bad just as long as we can keep us being friends a secret"

3/14/18 21:33 Paul sent a picture.

3/14 21:34 Paul says "Yep could be laying with you"

3/14 21:35 Paul says "Oh ya I guess I could help you feel warm" and "would you let me"

3/14/18 21:42 Paul says "Ya u a naughty girl"

3/14/18 21:56 Paul says "Ya are u sexy"

They talk about meeting for lunch

3/14 22:06 Paul says " ya then a movie at my house afterwards"

3/14/18 22:10 Paul says " I mean if my parents sees us I guess u could say ur older"

3/14/18 22:18 Paul says " Oh ya we meet up by like the park"

3/14/18 22:23 Paul says "how we goin to meet"

3/14/18 Paul says "Say ur meetin a friend at a park"

3/14/18 22:44 Paul says " Well do you like to shake it"

3/14/18 23:17 Paul Says "Oh ya well I want to play with u a little but u seem a little young"

3/14/18 23:19 Paul says " Well I have been with a couple girls"

3/14/18 23:27 Paul says " I mean I don't care if we cuddle"

Paul and S█████ talk about the age difference, and how it is the same as her parents, (7

years)

3/14/18 23:30 Paul says "i m a good kisser"

3/14/18 23:30 Paul says " Ya u like tongues"

3/14/18 23:31 Paul says " I'm good with tongues"

3/14/18 23:33 Paul says " What u want me to do"

3/14/18 23:34 Paul says " we could go cruising tonight"

3/14/18 23:38 Paul says " Ya I have one sexy body"

3/14/18 23:53 Paul tells her to add him on snap

3/14/18 23:55 Paul and S▮▮▮▮ talk about " Paul sorta of having something", and that S▮▮▮▮ needs to figure out what it is. Paul says its a 4 letter word that starts with D. S▮▮▮▮ says she is "scared"

3/14/18 23:58 Paul says "those tongues touch"

3/14/18 23:59 Paul says "Be a good kiss"

3/15/18 12:01 Paul says " I might touch something", S▮▮▮▮ says like what? Paul says "Your butt".

3/15/18 12:02 Paul asks her what she is going to touch, and what she would do with it, and if she would Suck it"

3/15/18 12:46 Paul asks if "she likes him"

3/15/18 Paul sends a picture of him lying down showing his tongue.

3/15/18 2:12 Paul says "Oh yua u sure were only friends"

3/15/18 2:13 Paul asks if the other guy talks like this, and then says "Oh I might be better"

3/15/18 2:17 Paul says " Yep u probably fun in bed" and "Ya u feisty"

3/15/18 2:18 Paul says " I might like that"

3/15/18 2:27 Paul says " Ya mind if I tap that ass"

3/15/18 2:58 Paul says " Ya u could grind your ass" and "If I'm behind it"

3/15/18 3:02 Paul says " Feel something hard", "Ya probably like it", "ya just imagine it"

3/15/18 3:06 Paul says " Ya going to spank you", and "Ya ur going to like it", and " Yep i'll kiss u a lot after it"

3/15/18 3:10 Paul asks " U going to sit on my lap" and "Feel something big"

3/15/18 at 3:15 Paul asks " Oh ya ur cool with us flirting"

3/15/18 3:16 Paul says "Ur not bad looking" and " Ya I wouldn't mind getting with that"

3/15/18 16:16 Paul says "me and u in bed"

3/15/18 16:25 Paul says "U in yoga pants" and "yep u probably look sexy", and "in bed with me"

3/15/18 17:54 Paul asks " U actually going to let me kiss u"

3/15/18 17:59 Paul says " I'm going for it then"

3/15/18 21:52 Paul says " I'm going to be in Carlyle, wanna meet up", "Aw man could get in ur bed".

S███ says she can't because of her parents are controlling.

Paul responds by saying "U can't talk them into it? And Wish U could

3/15/18 21:59 Paul says we "could have went to park or something"

3/15/18 22:00 Paul says " I like tongues"

3/15/18 22:05 Paul says "Ya could have had fun", and "U going to let me"

3/15/18 22:06 Paul says "Kiss u", and "Mind if I touch ur ass"

3/15/18 22:21 Paul asks if she can "hang" and then asks if she could hang tomorrow

3/15/18 23:39 Paul says " Ya how nice is that butt", and then says " I guess will find out when I tap it"

3/15/18 23:43 Paul says " U probably feel a big dick"

3/16/18 2:03 Paul says "ya imagine us cuddling all the time"

3/16/18 2:04 Paul says " If i'm hard what u goin to do to it" and then says " ur suppose to rub it", then " Oh ya then u suck it up to u though i understand if its not comfortable'

3/16/18 2:07 Paul says " Ya I can't wait to see that ass"

3/16/18 2:09 Paul says " Dam that s a nice ass", and "I like to bend u over", and "u look sexy in that picture"

3/16/18 2:11 Paul asks " Would u grind on my dick if I was behind u"

3/16/18 2:15 Paul says " Ya dam u have a nice butt", and " I think do I be glad to touch it and give it a tap"

3/16/18 2:18 Paul says " I will and maybe slip those shorts off", and "Ya I wonder what's under there", and "Ya seeing that picture made me want to smack it"

3/16/18 18:01 Paul asks " Can u hang tonight"

3/16/18 21:21 Paul says " Wish we could do something"

3/17/18 21:17 Paul ask if he can come over to her house, and then says that her and her 3 friends can come to his house

3/18/18 2:52 Paul says that he "wants that ass"

3/18/18 2:54 Paul asks if he can come over to her house

Several other occasions Paul asks her to meet, and ask her to suck his dick.

It is obvious that Paul was aware of the age difference, and made several attempts at getting her to meet him in person.

Copies of the messages between Paul and her have been copied and will be provided to the SA.

I am asking that Paul be charged with Grooming, and Solicitation to meet a child, in that he knew the victim to be more than 5 years younger than him, and that he knew her to be a freshman in high school.

Timmermann 158

06/25/2019 08:53 Badge/Name:  158/TIMMERMANNT

Supplemental Report

While reviewing the information received from Face Book, I found that Paul had contacted G▇▇ B▇▇▇ thru face book and that the following is a brief summary of that conversation:

9/15/18 13:40 Paul waves at G▇▇.

9/15/18 14:05 G▇▇ asks if she knows him, and Paul replies " U could"

9/15/18 14:07 Paul says "no we could be friends"

9/15/18 14:08 Paul says " lol what u look like"

9/15/18 14:09 Paul says " ya can u send me a picture lol"

9/15/18 14:10 G▇▇ says "Wait how old are you?'

9/15/18 14:10 Paul says "In my twenties"

G▇▇ says " Um alright then, I'm under 18"

2/3/2020 9:07:11 AM                    Exhibit E                    000756

Paul asks "How old"

9/15/18 14:11 G███ tells Paul, "I'll be 17 in 2 months, so i'm under 18"

Paul replies, "oh gotcha, i'm 23"

9/15/18 14:15 Paul says " we could meet later"

9/15/18 14:16 Paul says "Should we meet in Centralia somewhere"

9/15/18 14:18 Paul says " oh ic i guess i could meet u in Centralia do u live by like a park or something"

9/15/18 14:20 Paul says " Ya u probably need a hug lol"

9/15/18 14:20 Paul says "I'm good at that"

9/15/18 14:26 Paul says "u probably look good"

9/15/18 14:58 Paul says "I'm good at rubbing backs"

9/15/18 15:00 Paul says " Yep probably shouldnt be talking like this".

Paul says "if ur ok with it, and just want to make sure its not bothering you"

9/15/18 15:09 Paul says "Ya im have some experience"

9/15/18 17:22 Paul says "Yep im good at kissing"

9/15/18 17:49 Paul says "ya are u a virgin"

9/15/18 17:54 Paul says "yep im good at spanken butts"

9/15/18 17:59 Paul asks if she is free tonight

9/15/18 18:02 Paul says "ya send me picture later", and that he wants to see how good she looks.

9/15/18 18:51 G███ tells Paul that she is a virgin

9/15/18 18:54 Paul ask G███ " do u have a nice butt"

9/15/18 19:13 Paul says " Yep u should send me a picture"

9/15/18 19:24 Paul says " Yel I have a big dick", and that "U might like that"

9/15/18 19:54 Paul says " I could show u my dick soon"

G███ responds by saying "is nt that illegal, and paul says " As long as u don't show anyone"

2/3/2020 9:07:11 AM

Exhibit E

000757

On several occasions Paul asked to meet G████, a 16 year old at the time, and also talked about his cock, and spanking butts.

I am asking that additional counts be added for the times when he spoke with G████.

Copies of the conversation with G████ will be added to report.

During the course of the conversation, G████ tells Paul that she is 16 years old, and that she will b e17 in a couple of months. Paul tells G████ that he is 23 years old. So Paul was aware of the victims age, and also aware that he was 23 at the time of the conversation.

Timmermann 158

| Core Times | Time |
|---|---|
| Call Received | 04/08/2019 09:23:07 |

| Time | Badge/Name | WSID | Event | Details |
|---|---|---|---|---|
| 04/08/2019 09:23:08 | 203/markuskk | D:911-WEST | CALL CREATE | UCR: 9432, SOURCE: PHONE |
| 04/08/2019 09:24:36 | 203/markuskk | D:911-WEST | ADD PERSON | SEQ: 2, NAME: M████ |
| 04/08/2019 09:25:02 | 203/markuskk | D:911-WEST | ADD PERSON | SEQ: 3, NAME: KRETZGER |
| 04/08/2019 09:25:35 | 203/markuskk | D:911-WEST | ADD PERSON | SEQ: 4, NAME: PROKSHA |
| 04/08/2019 09:28:16 | 203/markuskk | D:911-WEST | ADD PERSON | SEQ: 5, NAME: JANSEN |
| 04/08/2019 09:35:57 | 203/markuskk | D:911-WEST | CLOSE CALL | COMMENT ONLY |
| 04/08/2019 09:36:10 | 203/.. | D:911-WEST | UPDATE CASE | UCR: 1565, SOURCE: PHONE |
| 04/08/2019 10:36:47 | 170/TRAVOUSD | R:CHIEF-DEPUTY | UPDATE CASE | UCR: 1565, SOURCE: PHONE |
| 04/11/2019 11:37:45 | 158/TIMMERMANNT | R:DETECTIVE-2 | UPDATE CASE | UCR: 1565, SOURCE: PHONE |
| 04/11/2019 12:38:40 | 158/TIMMERMANNT | R:DETECTIVE-2 | UPDATE CASE | UCR: 1565, SOURCE: PHONE |
| 04/11/2019 12:42:29 | 158/TIMMERMANNT | R:DETECTIVE-2 | UPDATE CASE | UCR: 1565, SOURCE: PHONE |

2/3/2020 9:07:11 AM                    Exhibit E                    000758